# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

MANUEL OSVALDO LOJANO
LOJANO

VERSUS

KRISTI NOEM ET AL

CIVIL ACTION NO.  25-1802 SEC P

JUDGE EDWARDS

MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

According to the Response to the Petition for Writ of Habeas Corpus and corresponding Declaration (ECF No. 15), Petitioner Manuel Osvaldo Lojano-Lojano has been deported.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus.  *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

Accordingly, IT IS ORDERED that the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers this 23rd day of April, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**